# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JENNY POBLANO and NATHAN BARTLETT, Individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

RUSSELL CELLULAR, INC., a foreign Corporation

    Defendant.

Case No: 8:19-cv-00265-MSS-AAS

## JOINT NOTICE OF SETTLEMENT

Defendant, Russell Cellular, Inc., and Plaintiffs, Jenny Poblano and Nathan Bartlett, hereby advise the Court that the parties have reached a settlement. The parties anticipate they will be able to file their settlement documents on or before October 31, 2019.

| | |
|---|---|
| Dated: October 4, 2019 | Respectfully Submitted, |
| By: */s/ Gregg I. Shavitz* | By: */s/ Brian Rubenstein* |
| Gregg I. Shavitz, Esq. | Brian Rubenstein, Esq. |
| Camar R. Jones, Esq. | Eric B. Moody, Esq. |
| Tamra C. Givens, Esq. | Mark D. Tinker, Esq. |
| **SHAVITZ LAW GROUP, P.A.** | **COLE, SCOTT & KISSANE, P.A.** |
| 951 Yamato Road, Suite 285 | 4301 W. Boy Scout Blvd., Suite 400 |
| Boca Raton, Florida 33431 | Tampa, FL 33607 |
| T. (561)447-8888 | T. (813) 864-9324 |
| F. (561)447-8831 | F.(813)286-2900 |
| gshavitz@shavitzlaw.com | brian.rubenstein@csklegal.com |
| tgivens@shavitzlaw.com | eric.moody@csklegal.com |
| cjones@shavitzlaw.com | mark.tinker@csklegal.com |
| Attorneys for Plaintiffs | Attorneys for Defendant |