**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**JENNY POBLANO, Individually and on behalf of all others similarly situated and NATHAN BARTLETT, Individually and on behalf of all others similarly situated,**

    Plaintiffs,

v.                                                                                   Case No: 8:19-cv-265-T-35AAS

**RUSSELL CELLULAR, INC., a foreign corporation,**

    Defendant.

## **ORDER**

**THIS CAUSE** comes before the Court for consideration of the Parties' Joint Motion for Approval of Settlement ("Joint Motion"). (Dkt. 95) In the instant Motion, the Parties seek the Court's approval of their settlement agreement attached to the Motion. (Id.) Upon review of the Settlement Agreement, the Court rejects the Parties' Settlement Agreement. Several mathematical errors appear within the Agreement. Based on the amounts represented, the Gross Settlement Amount of the Award is incorrect. (Dkts. 95, 95-1) The Court finds that it is improper for it to edit the Agreement *sua sponte*.

Additionally, in reviewing the Parties' Settlement Agreement for fairness, the Court has a concern regarding the provision that unclaimed portions of the Net Settlement Fund shall revert to Defendant. (Dkt. 95-1) The Court notes that the Parties claim that this is a material condition of the settlement, which, if not approved, would render the Settlement

Agreement voidable and unenforceable at either Party's option. (Id.) The Court requires a discussion of the Parties' analysis regarding this issue.

Accordingly, the Court hereby **ORDERS** as follows:

1. The Parties' Joint Motion for Approval of Settlement, (Dkt. 95), is **DENIED WITHOUT PREJUDICE.** The Parties shall file an amended settlement agreement **within fourteen (14) days of this Order.**

2. The Parties are directed to file, within fourteen (14) days from the date of this Order, a Joint Notice advising whether, upon reflection, the Parties would be amenable to the appointment of a cy pres recipient to receive the unclaimed portions of the Net Settlement Fund. If the Parties are not amenable to this change, they shall fully explain their reasoning in the Joint Notice. If there is no opposition, the Parties shall further advise whether they are amenable to the appointment of Bay Area Legal Services Inc. as the cy pres recipient.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of December, 2019.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person