UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNY POBLANO and NATHAN
BARTLETT, individually and on behalf
of all others similarly situated,

    Plaintiffs,

v.                                            Case No: 8:19-cv-0265-KKM-AAS

RUSSELL CELLULAR INC.,

    Defendant.
_____

## ORDER

Consistent with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72, the parties' "Joint Motion for Miscellaneous Relief, specifically for Approval of Settlement" (Doc. 115) is **REFERRED** to the Magistrate Judge for a report and recommendation, order, or other appropriate disposition.

**ORDERED** in Tampa, Florida, on October 14, 2021.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge