UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNY POBLANO and NATHAN
BARTLETT, individually and on behalf
of all others similarly situated,

    Plaintiffs,

v.                                                                             Case No. 8:19-cv-0265-KKM-AAS

RUSSELL CELLULAR, INC.,
a foreign corporation,

    Defendant.
_____

## ORDER

The plaintiffs' counsel requests an award of attorney's fees and costs under Rule 54 and the Fair Labor Standards Act (FLSA). (Doc. 131.) Defendant Russell Cellular, Inc., does not oppose the motion. (*Id.*) The Magistrate Judge issued a report recommending that the Court grant-in-part and deny-in-part the motion and that plaintiffs' counsel be awarded $198,333.33 in attorney's fees. (Doc. 134.)

The fourteen-day deadline to object to the Magistrate Judge's recommendation has passed without objection. Nevertheless, the Court reviews the Magistrate Judge's recommendation de novo. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (per curiam).

After a complete review, the Court agrees with the Magistrate Judge. As the Magistrate Judge explained, the $198,333.33 fee request is reasonable and will be granted given the attorneys' credentials and experience in this field of law, their voluntary 35% reduction, their success in obtaining complete relief for Plaintiffs, and Russell Cellular's lack of objection. However, their unsupported request for $689.21 of travel expenses and copy fees will be denied.

Accordingly, the following is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 134) is **ADOPTED** and made a part of this Order for all purposes.

2. Plaintiffs' Unopposed Motion for Attorney's Fees and Costs (Doc. 131) is **GRANTED IN PART** and **DENIED IN PART**. Plaintiffs' counsel is entitled to reasonable attorney's fees of **$198,333.33**.

3. The Clerk is directed to enter judgment in favor of the plaintiffs, to terminate any pending motions and deadlines, and to close this case.

**ORDERED** in Tampa, Florida, on June 30, 2022.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge