UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNY POBLANO and
NATHAN BARTLETT,
Individually and on behalf of all others similarly situated,

    Plaintiffs,

v.                                    Case No: 8:19-cv-265-KKM-AAS

RUSSELL CELLULAR, INC.,

    Defendant.
_____

## ORDER

The Court previously granted the parties' Joint Motion for Conditional Settlement Approval for their FLSA settlement agreement in January 2022. (Doc. 125.) Parties now jointly move for approval of cy pres distribution of the remaining unclaimed settlement funds. (Doc. 137.) For the reasons cited in the Court's previous order denying approval of their settlement without prejudice, (Doc. 111), the Court is disinclined to grant this motion. The parties are directed to explain why the remaining $8,349.60 in unclaimed settlement funds should not revert to Defendant Russell Cellular, Inc.

Accordingly, the following is **ORDERED:**

1.    Parties' Joint Motion for Disbursement of funds is **DENIED.**

2. By January 25, 2023, the parties must explain why the remaining funds should not be returned to Russell Cellular, Inc.

**ORDERED** in Tampa, Florida, on January 12, 2023.

Kathryn Kimball Mizelle
United States District Judge